

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00770-CV

**IN RE RODRIGUEZ PRODUCE & FREIGHT COMPANY, LLC**
and Christian Eduardo Rodriguez

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  January 17, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On November 22, 2017, relators filed a petition for writ of mandamus. The real parties in interest filed a response, to which relators later replied. After considering the petition, response, and reply, this court is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-15-203, styled *Rosa Navarro, et al. v. Rodriguez Produce & Freight Company, LLC, et al.*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Jose Longoria presiding.